# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| KENNETH BRITT and JOHN H. THOMPSON, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No.  1:10cv238-WHA ) ) (wo) |
| CDA, Incorporated, | ) ) |
| Defendant. | ) |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered on this date, FINAL JUDGMENT is entered in favor of CDA, Incorporated, and against the Plaintiffs, Kenneth Britt and John H. Thompson.

Costs are taxed against the Plaintiffs.

Done this 23rd day of June, 2010.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE